NAM-VAN-HUYNH. E:30183
C.T.F. NORTH (SA-1A6-L)
P.O. Box 705
SOLEDAD, CA. 93960-0705

May 15, 2008

To: THE CLERK OF NORTHERN DISTRICT COURT
OF UNITED-STATES
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

Dear Madame, Sir,

Please receive the attached of $5.00 of money order for my filing fee April 28, 2008 case number: E-filing CV 08 2195 RMW (PR).

Thank you for your help in this matter,

Respectfully your

NAM. VAN. HUYNH

**ORIGINAL FILED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:    **E-filing**    CV 08    2195

Your petition has been filed as civil case number _____.

√ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. __√__ you did not file an <u>In Forma Pauperis</u> Application.

2. _____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                Deputy Clerk

rev. 11/07

HuYNH

*RMW (PR)*

**Certified Mail**

U.S. POSTAGE PAID
SAN JOSE, CA
95117
MAY 08, 08
AMOUNT $3.00
00061172-21

94102

7007 2680 0000 0845 1824

FROM: NAM-VAN-HUYNH. E:30183.
C.T.F. NORTH (SA-146-L)
P.O. BOX 705.
SOLEDAD, CA. 93960-0705.

To: U.S. Northern District Court
450 Golden Gate Avenue
San Francisco, CA. 94102

94102+36661

---

Court Name: U.S. District Court, NDCA
Division:
Receipt Number: 34611019018
Cashier ID: almacen
Transaction Date: 05/09/2008
Payer Name: NAM VAN HUYNH

WRIT OF HABEAS CORPUS
For: NAM VAN HUYNH
Case/Party: D-CAN-5-08-CV-002195-001
Amount: $5.00

MONEY ORDER
Check/Money Order Num: 11958494522
Amt Tendered: $5.00

Total Due: $5.00
Total Tendered: $5.00
Change Amt: $0.00

CMU

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.