```
NAME: NAM-VAN-HUYNH
CDC#: E : 30183.
CELL: C.T.F.CENTRAL (Z-134- L.)
P.O. BOX 689
SOLEDAD, CA  93960-0689

IN PROPRIA PERSONA
```

**FILED**

2008 JUN 25 P 3: 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT , NORTHERN DISTRICT OF

CALIFORNIA.            (COURT)

| | |
|---|---|
| NAM-VAN-HUYNH ) <br> PETITIONER ) <br> ) <br> V. ) <br> B. CURRY , WARDEN (A) ) <br> A. SCHWARZENEGGER, GOVERNOR ) <br> RESPONDENT ) | CASE NO. CV 08 2195 -RMW (PR) <br><br> NOTICE OF CHANGE OF ADDRESS <br><br> **ORIGINAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN, that the above-named petitioner, __NAM-VAN-HUYNH__ , has changed his address of record to:   NAME: __NAM-VAN-HUYNH__   CDC#: __E : 30183.__

HOUSING/CELL: __z wing - 134- L.__

P.O. BOX 689       CORRECTIONAL TRAINING FACILITY

SOLEDAD, CA 93960-0689

Respectfully submitted,

__JUNE 22 , 2008__
DATE                                  PETITIONER (Signature)

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____NAM-VAN-HUYNH_____, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

```
    NAM-VAN-HUYNH   , CDCR #:  E : 30183.
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: Z-wing-134-L.
SOLEDAD, CA  93960-0689.
```

On _____JUNE 22, 2008_____, I served the attached:

NOTICE OF CHANGE OF ADDRESS.

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

```
**OFFICE OF THE CLERK,UNITED STATES        ** ATTORNEY GENERAL OFFICE
        DISTRICT COURT                        455 GOLDEN GATE Ave#SUITE11000
  NORTHERN DISTRICT OF CALIFORNIA             SAN FRANCISCO,CA.94102-7004.
  280 SOUTH FIRST STREET, ROOM 2112
  san jose , california 95113-3095.
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___JUNE 22, 2008.

_____
NAM-VAN-HUYNH. E:30183.
Declarant



FROM: NAM-VAN-HUYNH, E:30183.
c.t.f.central ( Z-134-L.)
P.O. BOX 689
SOLEDAD, CA.93960-0689.

legal-mail.

TO :OFFICE OF THE CLERK,UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE , CA. 95113-3095.