*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAM VAN HUYNH, | C 08-2195 RMW |
| Petitioner, | [PROPOSED] ORDER |
| v. | Judge:  The Honorable Ronald M. Whyte |
| B. CURRY, WARDEN, | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent Warden Ben Curry is hereby GRANTED a 30-day extension of time, up to and including October 29, 2008, to file a responsive pleading in this matter.  Petitioner Nam Van Huynh shall have 30 days thereafter to file a traverse.

Dated:   10/10/08

_Ronald M. Whyte_
Ronald M. Whyte
Judge of the District Court

Req. for EOT; Decl. of Counsel; [Prop.] Order

*Huynh v. Curry*
C 08-2195 RMW

4